# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Michael DIXON |
| **Docket Number:** | 2:09CR00314 |
| **Offender Address:** | Richmond, California |
| **Judicial Officer:** | Honorable Garland E. Burrell, Jr.<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 08/30/2004 |
| **Original Offense:** | 21 USC 846 and 21 USC 841(b)(1)(A) - Conspiracy to Possess and Distribute More Than Five Kilograms of Cocaine and More than Fifty Grams of Cocaine Base<br>(CLASS A FELONY) |
| **Original Sentence:** | 96 months Bureau of Prisons; 5 year term of supervised release; $100 special assessment. |
| **Special Conditions:** | Participate and complete a substance abuse treatment program which may include drug testing, outpatient counseling or residential placement; Aftercare co-payment; Participate in an education/vocational program; Refrain fro the use and possession of alcohol and not frequent places where alcohol is primary item of sale; No contact with co-defendants. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 05/05/2009 |
| **Assistant U.S. Attorney:** | To be determined       **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | To be determined       **Telephone:** (916) 498-5700 |

RE:  Michael DIXON
     Docket Number:  2:09CR00314
     **PETITION TO MODIFY THE CONDITIONS OR TERM**
     **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**Other Court Action:**

**02/10/2009**:                                Request for Modification filed and approved by the
                                               Court in the District of New Mexico to include submit
                                               to search condition.

**07/28/2009:**                                Transfer of jurisdiction approved from District of
                                               New Mexico to Eastern District of California.

PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

  The defendant shall reside and participate in a residential community corrections center,
  for a period not to exceed 60 days, as determined by the probation officer.  The defendant
  shall pay the cost of confinement as determined by the Bureau of Prisons.

**Justification:**  On May 6, 2009, the defendant reported to the Probation Office for an initial intake following his release from federal custody.  A week later, he was arrested on May 12, 2009, on charges of Burglary: 1st Degree.  This matter is still pending an outcome in Contra Costa County. The defendant also initially failed to report for drug treatment.  It was not until June 22, 2009, one and a half months after his initial intake, the defendant made contact with the treatment provider. Since then, he has been in compliance with his treatment program. His performance on supervision had been much better from June 17, 2009, until September 7, 2009.  He was actively seeking employment, reporting to drug test, and preparing to take an assessment test for school. However, on September 7, 2009, the defendant was arrested for Criminal Threats against his mother.

According to Richmond Police Department Report No. 09-75629, at approximately 00:31, an officer responded to 2121 Maine Avenue in Richmond regarding a vandalism.  Contact was made with Diane Gatewood (mother of defendant) who related the following narrative.  The defendant came home and began yelling at her to let him in the house. As he was cursing, Gatewood said she knew the defendant was drunk and told him to go sleep it off.  The defendant became upset, began kicking the front security screen door and yelling, "If I go to jail, I'll kill you when I get out!"  After a few minutes, it got quiet, until Gatewood heard glass breaking and the defendant screaming for her to

RE:     Michael DIXON
        Docket Number:  2:09CR00314
        **PETITION TO MODIFY THE CONDITIONS OR TERM
        OF SUPERVISION WITH CONSENT OF THE OFFENDER**

let him in. Gatewood told him she was calling the police and again the defendant said, "I'll kill you when I get out." After a few minutes the defendant left. By the time the officer arrived on scene, he checked the area for the defendant but was unable to locate him.

At approximately 01:35, the officer responded back out to 2121 Maine Avenue in Richmond regarding an assault. Gatewood was crying and shaking upon his arrival. She told the officer the defendant came in the house and tried to get him to go to sleep. After they began to argue, the defendant tried to hit Gatewood in the face. Due to his level of intoxication, Gatewood said she was able to push past him and ran screaming outside. Her neighbors came outside and called 911. The defendant fled the area on foot. At approximately 03:44, officers responded to 2109 Maine Avenue in Richmond on a report of a disturbance between Gatewood and the defendant. Officers made contact with Gatewood who said the defendant followed her to the neighbor's house and would not allow her to leave. The defendant was found in a prone position, face down, on the kitchen floor. He was taken into custody without incident. No charges were filed in this case.

On September 21, 2009, the defendant met with the undersigned probation officer. He did admit being under the influence of alcohol when he got into an argument with his mother that ended in his arrest for criminal threats. This officer has also spoken with his mother regarding this incident and it should also be noted the defendant continues to reside with his mother.

The probation officer is cognizant this defendant has committed several violations in a relatively brief period of time. However, this officer does not believe a period of incarceration is necessary to address these problems at this time. What would best serve Mr. Dixon and the community is his participation in a residential community corrections center. This will provide the defendant with treatment to address his alcohol abuse, opportunities to continue to seek employment and education, and serve as an appropriate sanction for his arrest conduct on September 7, 2009. Should the defendant suffer a conviction in the pending Contra Costa County criminal case, the Court will again be notified to address the matter.

RE:     Michael DIXON
        Docket Number:  2:09CR00314
        **PETITION TO MODIFY THE CONDITIONS OR TERM
        OF SUPERVISION WITH CONSENT OF THE OFFENDER**

Therefore, for the reason noted above, it is recommended that the Court not revoke his supervised release, but instead allow the defendant to participate in a residential community corrections center, for a period not to exceed 60 days.  An abstinence from alcohol special condition order has already been imposed by the District of New Mexico.

                        Respectfully submitted,

                        /s/Scott W. Storey
                        **SCOTT W. STOREY**
                        **United States Probation Officer**
                        Telephone:  (916) 930-4319

**DATED:**      September 29, 2009
                Sacramento, California
                SWS/cp

**REVIEWED BY:**    /s/Kyriacos M. Simonidis
                    **KYRIACOS M. SIMONIDIS**
                    **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

(X)     Modification approved as recommended.

( )     Modification not approved at this time.  Probation Officer to contact Court.

( )     Other:

Dated:  September 30, 2009

                        GARLAND E. BURRELL, JR.
                        United States District Judge

RE:     **Michael DIXON**
        **Docket Number:  2:09CR00314**
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**


cc:     United States Probation
        To be determined, Assistant United States Attorney
        To be determined, Assistant Federal Defender
        Defendant
        Court File